**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10155 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-50211-JMR |
| v. | |
| RUBEN ALVAREZ-CERVANTES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David S. Doty, District Judge, Presiding

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

Ruben Alvarez-Cervantes appeals from the revocation of his supervised

release and the 12-month sentence imposed upon revocation. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Alvarez-Cervantes' counsel has filed a brief

stating there are no grounds for relief, along with a motion to withdraw as counsel

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.